LEWIS CUDDEBACK, Appellant, *v.* OSCAR F. SHERMAN, Respondent, et al.

(Argued March 5, 1884 ; decided March 21, 1884.)

THE judgment in this action was reversed because of error in the reception and the rejection of evidence. No question of any general interest was presented.

*W. H. Cuddeback* for appellant.

*Lewis E. Carr* for respondent.

*Per curiam* mem. for reversal of judgment and granting new trial.

All concur.

Judgment reversed.

---

MICHAEL BENNETT et al., Executors, etc., Appellants, *v.* JOHN M. PECK, Respondent.

(Argued March 7, 1884; decided March 21, 1884.)

*Simon Dunne* for appellants.

*Eugene Burlingame* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.